UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRY WOODWARD,

               Plaintiff,

      -v-

NEW YORK LIFE INSURANCE
COMPANY, *et al.*,

               Defendants.

24-CV-728 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

All filing deadlines and conference dates are adjourned *sine die*.  The Clerk of Court is directed to terminate any pending motions and mark this case as closed.

SO ORDERED.

Dated: July 17, 2024
      New York, New York

                                      J. PAUL OETKEN
                            United States District Judge